# EXHIBIT A

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98899658**
**Filing Date: 12/12/2024**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98899658 |
| **MARK INFORMATION** | |
| *MARK | I am a Proven Problem Solver |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | I am a Proven Problem Solver |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Cloobeck, Stephen J. |
| **INTERNAL ADDRESS** | 19th Fl. care of Lawrence Hadley |
| *MAILING ADDRESS | 10250 Constellation Blvd. |
| *CITY | Los Angeles |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 90067 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | individual |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **OWNER DOMICILE ADDRESS(NEW)** | |
| *ADDRESS | XXXX |
| *CITY | XXXX |
| *STATE (Required for U.S. applicants) | XXXX |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | XXXX |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | XXXX |

| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
|---|---|
| **INTERNATIONAL CLASS** | 016 |
| **\*IDENTIFICATION** | Bumper stickers; decorative decals for vehicle windows; stickers; advertising signs of papers; advertising signs of cardboard; placards and display banners of paper or cardboard; printed publications, namely, pamphlets providing information regarding a political candidate; printed posters; pens |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 018 |
| **\*IDENTIFICATION** | All-purpose athletic bags; all-purpose carrying bags; backpacks; beach bags; book bags; carry-all bags; change purses; clutches; coin purses; dog apparel; duffel bags; garment bags for travel; handbags; key cases; pet clothing; purses and wallets; school bags; small backpacks; travel bags; all-purpose sport bags; duffel bags; knapsacks; tote bags; umbrellas |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 025 |
| **\*IDENTIFICATION** | Clothing, namely, sweatshirts, t-shirts, tank tops, long sleeve shirts; headwear, namely, caps and hats; baby clothing, namely, one-piece garments; children's clothing, namely, t-shirts; footwear; hats; jackets being clothing; pants; shirts; short-sleeved or long-sleeved t-shirts; shorts; socks; sweat shirts; swim wear |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 026 |
| **\*IDENTIFICATION** | Campaign buttons |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 035 |
| **\*IDENTIFICATION** | Political campaign services, namely, promoting public awareness of a candidate for public office; providing online information regarding political issues; retail and online retail store services featuring campaign related goods, namely, clothing, stickers, and posters; providing a website that features political information from a candidate for public office in regards to the candidate's views on political issues; political action committee services, namely, promoting public awareness of political issues relating to public issues in the State of California |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 036 |
| **\*IDENTIFICATION** | Political campaign services, namely fundraising in the field of politics; fundraising in the field of politics |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 041 |
| **\*IDENTIFICATION** | On-line journals, namely, blogs featuring information about a candidate for public office, namely, as it relates to politics and political campaigning; providing a website featuring non-downloadable videos and photographs in the field of politics |

| | |
|---|---|
| | and political campaigning |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 045 |
| ***IDENTIFICATION** | Online social networking services in the field of politics and political campaigning provided via a website |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | David Hochman |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Glaser Weil |
| **INTERNAL ADDRESS** | 19th Floor |
| **STREET** | 10250 Constellation Blvd. |
| **CITY** | Los Angeles |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 90067 |
| **PHONE** | 310-282-6290 |
| **EMAIL ADDRESS** | dhochman@glaserweil.com |
| **OTHER APPOINTED ATTORNEY** | Lara Peterson, Jason Linger, Lawrence Hadley |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | David Hochman |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | dhochman@glaserweil.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | trademarks@glaserweil.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 8 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 2800 |
| ***TOTAL FEES PAID** | 2800 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /David Hochman/ |
| **SIGNATORY'S NAME** | David Hochman |
| **SIGNATORY'S POSITION** | Attorney of Record, California Bar Member |
| **SIGNATORY'S PHONE NUMBER** | 310-282-6290 |
| **DATE SIGNED** | 12/12/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98899658**
**Filing Date: 12/12/2024**

## To the Commissioner for Trademarks:

**MARK:** I am a Proven Problem Solver (Standard Characters, see mark)
The literal element of the mark consists of I am a Proven Problem Solver. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Stephen J. Cloobeck, a citizen of United States, having an address of

    19th Fl. care of Lawrence Hadley
    10250 Constellation Blvd.
    Los Angeles, California 90067
    United States
    XXXX

and a domicile address of

    XXXX
    XXXX, XXXX XXXX
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 016: Bumper stickers; decorative decals for vehicle windows; stickers; advertising signs of papers; advertising signs of cardboard; placards and display banners of paper or cardboard; printed publications, namely, pamphlets providing information regarding a political candidate; printed posters; pens
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 018: All-purpose athletic bags; all-purpose carrying bags; backpacks; beach bags; book bags; carry-all bags; change purses; clutches; coin purses; dog apparel; duffel bags; garment bags for travel; handbags; key cases; pet clothing; purses and wallets; school bags; small backpacks; travel bags; all-purpose sport bags; duffel bags; knapsacks; tote bags; umbrellas
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 025: Clothing, namely, sweatshirts, t-shirts, tank tops, long sleeve shirts; headwear, namely, caps and hats; baby clothing, namely, one-piece garments; children's clothing, namely, t-shirts; footwear; hats; jackets being clothing; pants; shirts; short-sleeved or long-sleeved t-shirts; shorts; socks; sweat shirts; swim wear
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 026: Campaign buttons
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 035: Political campaign services, namely, promoting public awareness of a candidate for public office; providing online information regarding political issues; retail and online retail store services featuring campaign related goods, namely, clothing, stickers, and posters; providing a website that features political information from a candidate for public office in regards to the candidate's views on political issues; political action committee services, namely, promoting public awareness of political issues relating to public issues in the State of California
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 036:  Political campaign services, namely fundraising in the field of politics; fundraising in the field of politics
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 041:  On-line journals, namely, blogs featuring information about a candidate for public office, namely, as it relates to politics and political campaigning; providing a website featuring non-downloadable videos and photographs in the field of politics and political campaigning
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 045:  Online social networking services in the field of politics and political campaigning provided via a website
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The owner's/holder's proposed attorney information: David Hochman. Other appointed attorneys are Lara Peterson, Jason Linger, Lawrence Hadley. David Hochman of Glaser Weil, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    19th Floor
    10250 Constellation Blvd.
    Los Angeles, California 90067
    United States
    310-282-6290(phone)
    dhochman@glaserweil.com

David Hochman submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    David Hochman
    PRIMARY EMAIL FOR CORRESPONDENCE: dhochman@glaserweil.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@glaserweil.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $2800 has been submitted with the application, representing payment for 8 class(es).

<strong>Declaration</strong>

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /David Hochman/   Date: 12/12/2024
Signatory's Name: David Hochman
Signatory's Position: Attorney of Record, California Bar Member
Signatory's Phone Number: 310-282-6290
Signature method: Signed directly within the form
Payment Sale Number: 98899658
Payment Accounting Date: 12/12/2024

Serial Number: 98899658
Internet Transmission Date: Thu Dec 12 15:26:07 ET 2024
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XX-20241212152611369
822-98899658-8707de96490916bd186ec6ab9e6
feac5b54f9c548fe7bc64733a755686bf6c456a8
-CC-26075803-20241212145353657972

# I am a Proven Problem Solver

# EXHIBIT B



**Lawrence M. Hadley**
T  310.553.3000
D  310.282.6235
lhadley@glaserweil.com

April 18, 2025

VIA E-MAIL

Antonio R. Villaraigosa
antonio@villaraigosa.com

Re:  Stephen J. Cloobeck's Campaign Trademarks

Dear Mr. Villaraigosa:

Please be advised that this firm represents Stephen J. Cloobeck, who, as you know, is a candidate for Governor of California. In connection with his campaign, Mr. Cloobeck has acquired common law rights to numerous trademarks and has filed federal applications for each of the same. Of relevance here is Mr. Cloobeck's trademark "I AM A PROVEN PROBLEM SOLVER," which is subject to U.S. Trademark Application Serial No. 98899658 (the "Mark").

As you are aware, Mr. Cloobeck's gubernatorial campaign is based on his mission to ensure that California reclaims its national and global stature as a place of prosperity and opportunity. Each of his trademarks, including the Mark, represents and encompasses this mission. Through extensive promotion and use, the Mark has become exclusively associated with Mr. Cloobeck's campaign and represents enormous goodwill.

It has recently come to our attention that your campaign has been using the Mark. In particular, you have used the confusingly similar mark "PROVEN PROBLEM SOLVER" ("Infringing Mark") throughout your website and Instagram account. *See* **Exhibit A** for true and correct screenshot exemplars of your use of the Infringing Mark. As previously mentioned, the Mark has acquired strong common law rights via continuous use in Mr. Cloobeck's campaign. By using the Infringing Mark in connection with a competing gubernatorial campaign, you are in violation of those rights.

Overall, your use of the  Infringing Mark is likely to constitute willful trademark infringement, unfair competition, and trademark dilution under 15 U.S.C. §§ 1114(1), 1125(a), and 1125(c). Indeed, you may be aware that federal trademark law guarding against consumer deception and arising from the foregoing statutes, provides the following remedies to the trademark owner:

Antonio R. Villaraigosa
April 18, 2025
Page 2

- an injunction against further infringement – such as an order preventing you from future use, copying, or distribution of goods and services bearing the Mark or confusingly similar versions thereof;

- an accounting for profits;

- damages, including the possibility of treble damages;

- impounding or destruction of infringing copies; and

- costs and attorney's fees.

Mr. Cloobeck's intellectual property rights have been acquired at great expense and are extremely important and valuable assets of his campaign. However, Mr. Cloobeck desires to resolve this matter amicably. Accordingly, on behalf of Mr. Cloobeck, we demand that you immediately cease and desist from all use of the Infringing Mark, any other trademark owned by Mr. Cloobeck, or confusingly similar variations thereof. Please confirm by close of business **April 24, 2025,** that all use of the Infringing Mark by your campaign has been discontinued, and that the infringing Mark has been removed from your campaign website.

The above is not an exhaustive statement of all the relevant facts and law and constitutes a proposal to resolve this matter without resorting to litigation for settlement purposes only. Mr. Cloobeck expressly reserves all of its legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages.

Thank you for your immediate attention to this matter.

Sincerely,

Lawrence M. Hadley
Patricia L. Glaser
of Glaser Weil Fink Howard Jordan & Shapiro LLP

LMH:lp

# EXHIBIT A

# LET'S ELECT A PROVEN PROBLEM SOLVER FOR GOVERNOR. JOIN THE TEAM.






**ANTONIO VILLARAIGOSA**

ABOUT ANTONIO    RECORD OF RESULTS    ISSUES    NEWS    GET INVOLVED

ENDORSE    HELP & DONATE – LA COUNTY FIRES

ENGLISH

# A PROVEN PROBLEM SOLVER DELIVERING BALANCED BUDGETS, BETTER SCHOOLS, SAFER NEIGHBORHOODS, GOOD JOBS, ENVIRONMENTAL PROTECTIONS, AND LOWER COSTS

As Leader of the State Assembly, Antonio Villaraigosa worked with Democrats and Republicans to balance state budgets while investing in schools and public safety, providing tax cuts and tax relief for Californians, and with a $13 billion budget surplus to prevent cuts to vital services.

As Mayor of Los Angeles, he led efforts to cut violent crime by 49%, turned around failing schools, and led the city's economic recovery out of



## antonioforcalifornia

310 posts    6,846 followers    445 following

**Antonio R. Villaraigosa**
antonioforcalifornia

Public figure
Proven Problem Solver. Served as Civil Rights Leader, CA State Assembly Speaker, L.A. Mayor.
🔗 antonio2026.com + 1

Follow    Message



JOIN

📰 POSTS    🎬 REELS    @ TAGGED





antonioforcalifornia 🔵 · Follow

antonioforcalifornia 🔵 We're facing tough challenges, which is why California needs a proven problem solver. That's why I'm running for Governor. Join me and join the campaign! Link in bio.

9w

isabelslifejourney 👏👏👏
9w   2 likes   Reply

bennywise21 👏👏👏 You were awesome as Mayor of Los Angeles. I can imagine the great things you can do as Governor.
9w   5 likes   Reply

p.canul 👏👏👏👏👏👏👏👏
8w   Reply

ivanofficial729 Im voting for Elon Musk button
———>
9w   Reply



168 likes
February 6

Add a comment...



**antonioforcalifornia** • Follow
Original audio



**antonioforcalifornia** California is the state where anything is possible with hard work and determination—but our future depends on our willingness to face our biggest challenges.

I'm running for Governor because I'm a proven problem solver, delivering results during tough times on issues that matter like reducing crime, improving schools, and balancing the state budget.

I know we can do big things for California, because I've done them before.

Join our campaign here: Antonio2026.com

Edited · 37w






**mauriciomejia** VAMOS! #siliconvalley

37w   5 likes   Reply

—— View replies (1)







**joanie_black1111** Yes-we need you! LA was great when you were in office!

**520 likes**
July 23, 2024



Add a comment...

**Antonio Villaraigosa**
Proven Problem Solver



antonioforcalifornia · Follow
Original audio

realandreaportes When Antonio was mayor of LA, the town was perfect. So safe, so fun. There weren't huge tent cities everywhere, random violent crime, drugged out people in the middle of the street screaming at the sky. He was a fantastic mayor.

2w  1 like  Reply

— View replies (1)

desire.elizabeth  

2w  Reply

dmoooney3 We neeD OUR FAMILIES PROTECTED FROM ALL THE CHAOS IN THE USA ususus

2w  2 likes  Reply

— View replies (1)

kristoforbrown Met Antonio once when he was on a visit to London as Mayor of LA. Great guy with excellent insight – and clearly good at 

151 likes
March 24

Add a comment...

