ELLIS GEORGE LLP
Eric M. George (State Bar No. 166403)
  egeorge@ellisgeorge.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@ellisgeorge.com
Christopher W. Arledge (State Bar No. 200767)
  carledge@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendants and
Counterclaimants Antonio R. Villaraigosa
and Antonio Villaraigosa for Governor
2026

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CLOOBECK, an individual,<br><br>         Plaintiff and Counterdefendant,<br><br>   vs.<br><br>ANTONIO R. VILLARAIGOSA, an individual; ANTONIO VILLARAIGOSA FOR GOVERNOR 2026, a non-profit political organization; and DOES 1-10, inclusive,<br><br>        Defendants and Counterclaimants.<br><br>_____<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:25-cv-03790-AB-SK<br><br>The Hon. André Birotte Jr.<br><br>**ANSWER OF DEFENDANTS ANTONIO R. VILLARAIGOSA AND ANTONIO VILLARAIGOSA FOR GOVERNOR 2026 TO AMENDED COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT AND FEDERAL UNFAIR COMPETITION;**<br><br>**COUNTERCLAIMS FOR TRADEMARK CANCELLATION AND DECLARATORY RELIEF**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Trial Date:  None Set |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants ANTONIO R. VILLARAIGOSA, an individual, and ANTONIO VILLARAIGOSA FOR GOVERNOR 2026, a non-profit political organization (the "Campaign"; collectively "Defendants") hereby answer the amended complaint of Plaintiff STEPHEN J. CLOOBECK.  Any averment not specifically admitted is hereby denied.

## **INTRODUCTION**

1.      By his amended complaint, Plaintiff seeks to tilt the 2026 California gubernatorial election in his favor by preventing another candidate from using the commonly-employed phrase "proven problem solver."  The amended complaint contravenes fundamental constitutional and federal law principles by:  (i) attempting to wield trademark law against political speech, despite trademark law's application solely to commercial goods and services; (ii) burdening the First Amendment rights of Mr. Villaraigosa and other candidates who seek to engage in robust free speech in an election contest; and (iii) trying to monopolize a common phrase which scores of politicians have used long before the parties herein, and which must remain available to all candidates seeking office in a constitutional democracy.

2.      Since commencing this action, Plaintiff has coupled his prosecution of meritless claims with petty bullying in the form of unsolicited text messages to Mr. Villaraigosa that reveal Plaintiff's intention:  to force a compromise through the threat of expensive and unceasing litigation:

> •        On May 9, 2025, Plaintiff texted Mr. Villaraigosa, threatening that—absent a "compr[om]ise" by which Mr. Villaraigosa agrees to switch his campaign slogan from "proven problem solver" to, simply, "problem solver"—Plaintiff is prepared to fight to the Supreme Court of the United States "[w]hich has been my consistent business practice for decades upon decades."

1    • On May 30, 2025, Plaintiff texted Mr. Villaraigosa, "Just got an

2    update….can't wait for your 7 hour video taped deposition this summer.

3    Gonna be fun."

4    • On June 12, 2025, after his filing of an amended complaint

5    mooted Defendants' then-pending motion for judgment on the pleadings,

6    Plaintiff texted Mr. Villaraigosa, "Congratulations. You got your ass kicked

7    in court. File again and the depositions start."

8    3.    Defendants shall seek dismissal as a matter of law, and without leave to

9    amend, of the amended complaint, and reimbursement of all incurred fees and costs

10   following such dismissal.

### ANSWER TO SPECIFIC ALLEGATIONS

### NATURE OF THE CLAIMS

13   4.    Defendants admit that Mr. Villaraigosa is a candidate for Governor of

14   California. Defendants admit that Plaintiff Cloobeck has publicly announced his

15   candidacy for Governor of California.  Defendants deny all other allegations in this

16   paragraph.

17   5.    Deny.

18   6.    Deny.

### PARTIES

20   7.    Defendants have no knowledge of Plaintiff's residential status or

21   location and can therefore neither admit nor deny the contents of this paragraph.

22   8.    Admit.

23   9.    Admit.

24   10.    Defendants have no knowledge of the persons or entities Plaintiff may

25   claim are Does in this action and can therefore neither admit nor deny the contents

26   of this paragraph.

27   11.    No response is required of Defendants.

28   12.    Deny.

# JURISDICTION AND VENUE

13.     Defendants do not contest the subject matter jurisdiction of this Court.

14.     Defendants do not contest the personal jurisdiction of this Court.

15.     Defendants do not contest venue.

# FACTUAL BACKGROUND

16.     Defendants deny that I AM A PROVEN PROBLEM SOLVER is a legitimate, protectible trademark.  Notwithstanding Plaintiff's inclusion in his amended complaint of images purporting to show use of the asserted mark (FAC at ¶14, Page ID #307), Defendants deny that such images evidence actual use by Plaintiff of the purported mark in connection with his gubernatorial campaign.

17.     Defendants deny that I AM A PROVEN PROBLEM SOLVER is a legitimate, protectible trademark.  Notwithstanding Plaintiff's inclusion in his amended complaint of images Plaintiff claims are "examples of [Plaintiff's] use of the Senior Mark [and] the subject of substantial and continuous marketing and promotion by Plaintiff" (FAC at ¶14, Page ID #307) (Plantiff's images are below), Defendants deny that such images evidence actual use by Plaintiff of the purported mark in connection with his gubernatorial campaign.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



The above images appear to be generic ones of clothing, but with the addition of the purported mark's words superimposed thereon. Moreover, none of the above items is sold on the "official merch store" of Plaintiff's campaign website, as evidenced by the following screenshots of the "Merch" tab of Plaintiff's campaign website:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

18.    Deny.

19.    Defendants deny that I AM A PROVEN PROBLEM SOLVER is a legitimate, protectible trademark. Notwithstanding Plaintiff's inclusion in his amended complaint of images purporting to show use of the asserted mark (FAC at ¶14, Page ID #307), Defendants deny that such images evidence actual use by Plaintiff of the purported mark in connection with his gubernatorial campaign.

20.    Mr. Villaraigosa admits to engaging in political speech in which he has told the public he is a "proven problem solver." Defendants deny that I AM A

PROVEN PROBLEM SOLVER is a legitimate, protectible trademark. Defendants deny that any use by them is an infringement of Plaintiff's claimed trademark and deny any remaining allegations in this paragraph.

21. Deny.

22. Deny.

23. Deny.

24. Deny.

25. Deny.

26. Defendants admit that Plaintiff sent a letter. Defendants deny any remaining allegations in this paragraph.

27. Defendants admit that Plaintiff sent text messages to Mr. Villaraigosa. Defendants deny any remaining allegations in this paragraph.

28. Defendants deny that I AM A PROVEN PROBLEM SOLVER is a legitimate, protectible trademark. Defendants admit that Mr. Villaraigosa will continue to engage in core political speech as protected by the First Amendment.

29. Deny.

## **FIRST CLAIM FOR RELIEF**

### **(Federal Trademark Infringement – 15 U.S.C. § 1125(a))**

30. No response is required of Defendants.

31. Defendants deny that I AM A PROVEN PROBLEM SOLVER is a legitimate, protectible trademark and deny any other allegations in this paragraph.

32. Defendants deny that I AM A PROVEN PROBLEM SOLVER is a legitimate, protectible trademark and deny any other allegations in this paragraph. Notwithstanding Plaintiff's inclusion in his amended complaint of images purporting to show use of the asserted mark (FAC at ¶14, Page ID #307), Defendants deny that such images evidence actual use by Plaintiff of the purported mark in connection with his gubernatorial campaign.

33. Deny.

1    34.    Deny.

2    35.    Deny.

3    36.    Deny.

4    37.    Deny.

5    38.    Deny.

6    **SECOND CLAIM FOR RELIEF**

7    **(Federal Unfair Competition – 15 U.S.C. § 1125(a))**

8    39.    No response is required of Defendants.

9    40.    Deny.

10    41.    Deny.

11    42.    Deny.

12    43.    Deny.

13    **AFFIRMATIVE DEFENSES**

14    Defendants plead the following separate defenses.  Defendants reserve the

15    right to assert additional affirmative defenses that discovery indicates are proper.

16    **FIRST AFFIRMATIVE DEFENSE**

17    **(Failure to State a Claim)**

18    44.    As a separate and first affirmative defense to the amended complaint

19    and each purported cause of action contained therein, Defendants allege that the

20    amended complaint fails to state facts sufficient to constitute a cause of action.

21    **SECOND AFFIRMATIVE DEFENSE**

22    **(No Injury or Damage)**

23    45.    As a separate and second affirmative defense to the amended complaint

24    and each purported cause of action contained therein, Defendants allege that

25    Plaintiff has not been injured or damaged as a proximate result of any act or

26    omission for which Defendants are responsible.

27

28

### THIRD AFFIRMATIVE DEFENSE

### (First Amendment)

46.     As a separate and third affirmative defense to the amended complaint and each purported cause of action contained therein, Defendants allege that the First Amendment to the United States Constitution protects their right to engage in political speech as part of a campaign for public office.  The First Amendment therefore provides a defense to each and every claim in Plaintiff's amended complaint.

### FOURTH AFFIRMATIVE DEFENSE

### (Invalid Mark)

47.     As a separate and fourth affirmative defense to the amended complaint and each purported cause of action contained therein, Defendants allege that Plaintiff does not have a valid trademark.  The trademark does not satisfy the legal requirements to be a valid mark, and Plaintiff is attempting to perpetrate a fraud on the United States Patent and Trademark Office ("USPTO") by seeking an improper trademark merely to silence core political speech.

### FIFTH AFFIRMATIVE DEFENSE

### (Fair Use)

48.     As a separate and fifth affirmative defense to the amended complaint and each purported cause of action contained therein, Defendants allege that the complained-of speech is protected by the fair use doctrine.

### SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

46.     As a separate and sixth affirmative defense to the amended complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs are entitled to no relief whatsoever under the doctrine of unclean hands. Plaintiff's alleged trademark does not satisfy the legal requirements to be a valid mark, a fact well known to Plaintiff and his counsel, and Plaintiff is attempting to

1  perpetrate a fraud on the USPTO by seeking an improper trademark merely to
2  silence core political speech.

### SEVENTH AFFIRMATIVE DEFENSE

#### (Trademark Misuse)

47.   As a separate and seventh affirmative defense to the amended complaint and each purported cause of action contained therein, Defendants allege that Plaintiff's Lanham Act claims, his trademark registrations on the phrases listed in Exhibit 1, and his insistence that he has the right to preclude others from using common political phrases during a political campaign constitute trademark misuse.

WHEREFORE, Defendants pray for relief as follows:

1.   That the amended complaint be dismissed, with prejudice and in its entirety;

2.   That Plaintiff take nothing by reason of this amended complaint and that judgment be entered against Plaintiff and in favor of Defendants;

3.   That Defendants be awarded their costs incurred in defending this action;

4.   That this action be deemed an "exceptional case" under the Lanham Act and that Defendants be awarded reasonable attorneys' fees;

5.   That Defendants be granted such other and further relief as the Court may deem just and proper.

### COUNTERCLAIMS

1.   Counterclaimant Antonio Villaraigosa is the former Mayor of Los Angeles and a current candidate for Governor of California.

2.   Counterdefendant Stephen J. Cloobeck is a publicly-declared candidate for Governor of California.

3.   As a tactic in his campaign for political office, Cloobeck has filed trademark registrations with the USPTO in excess of 75 phrases, including "I AM A PROVEN PROBLEM SOLVER," "CALIFORNIA VALUES," "FIGHT FOR

1  CALIFORNIA," and similar phrases.  A complete list of the phrases for which

2  Cloobeck seeks federal trademark registration is attached hereto as Exhibit 1.

3       4.    But for selling merchandise bearing "CALIFORNIA GET A CLOO"

4  and "#InCLOOsive" on Cloobeck's official gubernatorial campaign website, it does

5  not appear as though Cloobeck uses these phrases to sell goods or services.  These

6  are phrases that he is using or intends to use as part of his campaign for Governor of

7  California.  His trademark registrations are not an effort to avoid consumer

8  confusion in the marketplace.  Cloobeck's goal in filing registrations for these

9  phrases and even bringing Lanham Act claims against a political opponent for the

10  alleged use of one of them is to stifle his opponents' political speech.  Cloobeck

11  seeks a legal monopoly on the use of common political phrases like "I AM A

12  PROVEN PROBLEM SOLVER," "CALIFORNIA VALUES," "FIGHT FOR

13  CALIFORNIA," and other, similar phrases.

14       5.    Cloobeck, his advisors, and his legal counsel know that the First

15  Amendment protects core political speech.  They know that the Lanham Act does

16  not regulate core political speech.  They know their registrations and the Lanham

17  Act claim they filed are attempts to stifle core political speech during a campaign for

18  public office.  They know their claims have no legal merit.

19       6.    There now exists a substantial and immediate controversy between the

20  parties over the application of the First Amendment to the United States

21  Constitution.  Counterclaimant believes the First Amendment protects his right to

22  tell voters that he is a "proven problem solver" or that he seeks to defend "California

23  values" or "fight for California" if elected Governor of California.  Indeed,

24  Counterclaimant claims the right to use any and all of the phrases Cloobeck seeks

25  federal trademark registrations on if he so chooses, and Counterclaimant believes

26  other candidates for Governor of California and other political offices have the same

27  constitutional right to engage in the same speech.

28

7.     Counterclaimant believes Cloobeck's trademark registrations, his threats to file lawsuits over the phrases he seeks trademark protection in, and his filing of federal-court lawsuits under the Lanham Act to preclude his political opponents from engaging in core political speech are substantial violations of the First Amendment.  Moreover, Cloobeck's conduct and his outstanding trademark registrations have a chilling effect on political speech.  Counterclaimant therefore seeks relief as follows.

## FIRST COUNTERCLAIM FOR RELIEF

### (Trademark Cancellation under 15 U.S.C. § 1064 and 15 U.S.C. § 1119)

8.     Paragraphs 1 through 7 above are incorporated by reference as if set forth fully herein.

9.     Cloobeck's trademark registrations listed on Exhibit 1 and any alleged common-law rights in those marks are invalid, unlawful, and should be given no legal effect whatsoever.  But for selling merchandise bearing "CALIFORNIA GET A CLOO" and "#InCLOOsive" on Cloobeck's official gubernatorial campaign website, it does not appear as though Cloobeck uses these purported marks to sell goods or services.  There is no threat that consumers of any goods or services will be confused.  There is no trademark right at issue at all.

10.     Cloobeck is attempting to use trademark law to chill and prohibit core political speech by political opponents during a political campaign, all in violation of the First Amendment to the United States Constitution.

11.     In so doing, Cloobeck is perpetrating a fraud on the USPTO and has unclean hands.

12.     Counterclaimant therefore seeks a declaration from this Court to the effect that Cloobeck has no trademark rights in the phrases set forth on Exhibit 1 and that his trademark registrations should be and hereby are cancelled.

13.     Counterclaimant further seeks a ruling from this Court that Cloobeck's actions in defrauding the USPTO, claiming trademark rights in core political speech,

ANSWER AND COUNTERCLAIMS OF DEFENDANTS TO AMENDED COMPLAINT

and using the federal Lanham Act to chill and punish the political speech of his opponents make this an "exceptional case" under 15 U.S.C. § 1117 such that Counterclaimant is entitled to his attorneys' fees.

## SECOND COUNTERCLAIM FOR RELIEF

### (Declaratory Relief of Trademark Invalidity)

14.    Paragraphs 1 through 13 above are incorporated by reference as if set forth fully herein.

15.    Cloobeck's trademark registrations listed on Exhibit 1 and any alleged common-law rights in those marks are invalid, unlawful, and should be given no legal effect whatsoever.  But for selling merchandise bearing "CALIFORNIA GET A CLOO" and "#InCLOOsive" on Cloobeck's official gubernatorial campaign website, it does not appear as though Cloobeck uses these purported marks to sell goods or services.  There is no threat that consumers of any goods or services will be confused.  There is no trademark right at issue at all.

16.    Cloobeck is attempting to use trademark law to chill and prohibit core political speech by political opponents during a political campaign, all in violation of the First Amendment to the United States Constitution.

17.    In so doing, Cloobeck is perpetrating a fraud on the USPTO and has unclean hands.

18.    Counterclaimant therefore seeks a declaration from this Court to the effect that Cloobeck has no trademark rights in the phrases set forth on Exhibit 1 and that his alleged trademarks are invalid.

19.    Counterclaimant further seeks a ruling from this Court that Cloobeck's actions in defrauding the USPTO, claiming trademark rights in core political speech, and using the federal Lanham Act to chill and punish the political speech of his opponents make this an "exceptional case" under 15 U.S.C. § 1117 such that Counterclaimant is entitled to his attorneys' fees.

WHEREFORE, Counterclaimant prays for relief as follows:

1. That this Court declare Cloobeck's trademark registrations and alleged trademarks to be invalid;

2. That this Court cancel the registration of Cloobeck's alleged trademarks;

3. That Defendants be awarded their costs incurred in defending this action;

4. That this action be deemed an "exceptional case" under the Lanham Act and that Defendants be awarded reasonable attorneys' fees;

5. That Defendants be granted such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Defendants and Counterclaimants hereby demand a trial by jury on all claims and counterclaims in this action.

DATED:  June 25, 2025          ELLIS GEORGE LLP

Eric M. George
Keith J. Wesley
Christopher W. Arledge

By:    /s/ Eric M. George
Eric M. George
Attorneys for Defendants and Counterclaimants Antonio R. Villaraigosa and Antonio Villaraigosa for Governor 2026

# EXHIBIT 1

Page Vault

| | |
|---|---|
| Document title: | Trademark Search |
| Capture URL: | https://tmsearch.uspto.gov/search/search-results |
| Page loaded at (UTC): | Tue, 20 May 2025 16:58:26 GMT |
| Capture timestamp (UTC): | Tue, 20 May 2025 17:29:32 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 13 |
| Capture ID: | 7RquyPZZZzuDrZBxCMC8tq |
| Display Name: | rlopez |

PDF REFERENCE #:          uvWMcpCfB7UFxDiFrcCAh9

An official website of the United States government    Here's how you know

**USPTO**    Patents ⌄    Trademarks ⌄    Fees and payment ⌄    Contact us ⌄    MyUSPTO    Sign in

## Trademark Search

Home  >  Search results                                                                                      Help

Owner ⌄ | stephen cloobeck | ✕ | Refine search by goods or services | 🔍 | Basic | Expert

**78 results** for stephen cloobeck                                               ⊞ ☰ ☰    Export ⌄



**Status filter**

☑ Live                    77
  ☑ Registered
  ☑ Pending
☑ Dead                     1
  ☑ Cancelled
  ☑ Abandoned

⌄ Sort

⌃ Configure

☑ Show image

Reset

---

CALIFORNIA WATCHDOG KILLED THE CALIFORNIA CONSUMER

Wordmark    CALIFORNIA WATCHDOG KILLED THE CALIFORNIA CONSUMER
Status      LIVE  PENDING
Goods &     IC 035: providing online information regarding
services    political issues;...
Class       035, 036
Serial      99021489
Owners      Stephen J. Cloobeck (INDIVIDUAL; USA)

---

RESPECT RESULTS RESPONSIBILITY

Wordmark    RESPECT RESULTS RESPONSIBILITY
Status      LIVE  PENDING
Goods &     IC 026: campaign buttons; IC 036: political
services    campaign services, namely...
Class       026, 036, 025, 035, 016, 018, 041, 045
Serial      98439401
Owners      Stephen J. Cloobeck (INDIVIDUAL; USA)

---

FIGHT FOR CALIFORNIA

Wordmark    FIGHT FOR CALIFORNIA
Status      LIVE  PENDING
Goods &     IC 025: Clothing, namely, sweatshirts, t-shirts,
services    tank tops, long...
Class       025, 026, 045, 016, 018, 041
Serial      99067000
Owners      Stephen J. Cloobeck (INDIVIDUAL; USA)

---

CALIFORNIA VALUES

Wordmark    CALIFORNIA VALUES
Status      LIVE  PENDING
Goods &     IC 035: providing online information regarding
services    political issues;...
Class       035, 036
Serial      99067285
Owners      Stephen J. Cloobeck (INDIVIDUAL; USA)

---

Here's the hard truth, the same people who got California into this mess are not going to be the ones that get us out of it

Wordmark    HERE'S THE HARD TRUTH, THE SAME PEOPLE WHO GOT CALIFORNIA INTO THIS MESS ARE NOT GOING TO BE THE ONES THAT GET US OUT OF...
Status      LIVE  PENDING
Goods &     IC 035: providing online information regarding
services    political issues;...
Class       035, 036
Serial      99118168
Owners      Stephen J. Cloobeck (INDIVIDUAL; USA)

---

The same people that got US into this mess are not going to be the same people getting US out of this mess

Wordmark    THE SAME PEOPLE THAT GOT US INTO THIS MESS ARE NOT GOING TO BE THE SAME PEOPLE GETTING US OUT OF THIS MESS
Status      LIVE  PENDING
Goods &     IC 025: Clothing, namely, t-shirts,
services    tank tops, long...
Class       025, 026, 045, 016, 018, 041
Serial      99118203
Owners      Stephen J. Cloobeck (INDIVIDUAL; USA)

Need help? Ask the USPTO Virtual Assistant!

**Class** 035, 036
**Serial** 99118168
**Owners** Stephen J. Cloobeck (INDIVIDUAL; USA)

025, 035, 045, 016, 018, 041
**Owners** Stephen J. Cloobeck (INDIVIDUAL; USA)

---

A VOTE FOR CLOOBECK IS A
VOTE FOR US

**Wordmark** A VOTE FOR CLOOBECK IS A VOTE FOR US
**Status** LIVE  PENDING
**Goods & services** IC 045: Online social networking services in the field of politics and...
**Class** 045, 025, 016, 018, 026, 041
**Serial** 99170454
**Owners** Stephen J. Cloobeck (INDIVIDUAL; USA)

A VOTE FOR CLOOBECK IS A
VOTE FOR US

**Wordmark** A VOTE FOR CLOOBECK IS A VOTE FOR US
**Status** LIVE  PENDING
**Goods & services** IC 036: political campaign services, namely, fundraising in the field...
**Class** 036, 035
**Serial** 99170464
**Owners** Stephen J. Cloobeck (INDIVIDUAL; USA)

---

THESE TIMES ARE
REVEALING…WHO SHOULD LEAD
AND WHO SHOULD LEAVE

**Wordmark** THESE TIMES ARE REVEALING….WHO SHOULD LEAD AND WHO SHOULD LEAVE
**Status** LIVE  PENDING
**Goods & services** IC 036: political campaign services, namely, fundraising in the field...
**Class** 036, 035
**Serial** 99170509
**Owners** Stephen J. Cloobeck (INDIVIDUAL; USA)

CONSUMER WATCHDOG KILLED
THE CALIFORNIA CONSUMER

**Wordmark** CONSUMER WATCHDOG KILLED THE CALIFORNIA CONSUMER
**Status** LIVE  PENDING
**Goods & services** IC 045: Online social networking services in the field of politics and...
**Class** 045, 016, 041
**Serial** 99021475
**Owners** Stephen J. Cloobeck (INDIVIDUAL; USA)

---

I SERVE…I DON'T WANNA BE
SERVED

**Wordmark** I SERVE…I DON'T WANNA BE SERVED
**Status** LIVE  PENDING
**Goods & services** IC 036: political campaign services, namely, fundraising in the field...
**Class** 036, 035
**Serial** 99147514
**Owners** Stephen J. Cloobeck (INDIVIDUAL; USA)

YOU SAY NEW RULES I SAY
TOO MANY RULES

**Wordmark** YOU SAY NEW RULES I SAY TOO MANY RULES
**Status** LIVE  PENDING
**Goods & services** IC 025: Clothing, namely, sweatshirts, t-shirts, tank tops, long...
**Class** 025, 045, 041, 026, 018, 016
**Serial** 99147576
**Owners** Stephen J. Cloobeck (INDIVIDUAL; USA)

---

SIMPLE SOLUTIONS A BETTER
LIFE A BETTER WAY

**Wordmark** SIMPLE SOLUTIONS A BETTER LIFE A BETTER WAY
**Status** LIVE  PENDING
**Goods & services** IC 036: political campaign services, namely, fundraising in the field...

HARD TRUTHS WITH STEPHEN
J. CLOOBECK

**Wordmark** HARD TRUTHS WITH STEPHEN J. CLOOBECK
**Status** LIVE  PENDING
**Goods & services** IC 041: Ente... providing p...
**Class** 041, 025, 009, 016

Need help? Ask the
USPTO Virtual Assistant!

Feedback

| | |
|---|---|
| **Wordmark** | SIMPLE SOLUTIONS A BETTER LIFE A BETTER WAY |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 036: political campaign services, namely, fundraising in the field... |
| **Class** | 036, 035 |
| **Serial** | 99147677 |
| **Owners** | Stephen J. Cloobeck (INDIVIDUAL; USA) |

| | |
|---|---|
| **Wordmark** | HARD TRUTHS WITH STEPHEN J. CLOOBECK |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 041: Entertainment services, namely, providing podcasts in the... |
| **Class** | 041, 025, 009, 016 |
| **Serial** | 99162414 |
| **Owners** | Stephen J. Cloobeck (INDIVIDUAL; USA) |

**CALIFORNIA GET A CLOO**

| | |
|---|---|
| **Wordmark** | CALIFORNIA GET A CLOO |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 026, 035, 016, 018, 036, 041, 045 |
| **Serial** | 98646825 |
| **Owners** | Stephen J. Cloobeck (INDIVIDUAL; USA) |

MAKING CALIFORNIA LIVABLE
AND AFFORDABLE AGAIN

| | |
|---|---|
| **Wordmark** | MAKING CALIFORNIA LIVABLE AND AFFORDABLE AGAIN |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 025: Clothing, namely, sweatshirts, t-shirts, tank tops,... |
| **Class** | 025, 026, 035, 045, 016, 018, 036, 041 |
| **Serial** | 98530187 |
| **Owners** | Stephen J. Cloobeck (INDIVIDUAL; USA) |

CALIFORNIA DEPARTMENT OF
PERFORMANCE AND RESULTS

| | |
|---|---|
| **Wordmark** | CALIFORNIA DEPARTMENT OF PERFORMANCE AND RESULTS |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 018: All-purpose athletic bags; All-purpose carrying bags;... |
| **Class** | 018, 041, 025, 045, 026, 016 |
| **Serial** | 99147805 |
| **Owners** | Stephen J. Cloobeck (INDIVIDUAL; USA) |

DONT FUCK WITH THE JEWS

| | |
|---|---|
| **Wordmark** | DONT FUCK WITH THE JEWS |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 026, 035, 016, 018, 036, 041, 045 |
| **Serial** | 98574779 |
| **Owners** | Stephen J. Cloobeck (INDIVIDUAL; USA) |

THE HARD TRUTHS WE WANT,
NEED AND DESERVE

| | |
|---|---|
| **Wordmark** | THE HARD TRUTHS WE WANT, NEED AND DESERVE |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 026, 035, 016, 018, 036, 041, 045 |
| **Serial** | 98404556 |
| **Owners** | Stephen J. Cloobeck (INDIVIDUAL; USA) |

CALIFORNIA VALUES

| | |
|---|---|
| **Wordmark** | CALIFORNIA VALUES |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 025: Clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 026, 045, 016, 018, 041 |
| **Serial** | 99067273 |
| **Owners** | Stephen J. Cloobeck (INDIVIDUAL; USA) |

Need help? Ask the USPTO Virtual Assistant!

CALIFORNIA, GET A CLOO

| | |
|---|---|
| Wordmark | CALIFORNIA, GET A CLOO |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 016, 018, 036, 041, 045 |
| Serial | 98404558 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

MAKING CALIFORNIA LIVABLE
AND AFFORDABLE

| | |
|---|---|
| Wordmark | MAKING CALIFORNIA LIVABLE AND AFFORDABLE |
| Status | LIVE PENDING |
| Goods & services | IC 025: Clothing, namely, sweatshirts, t-shirts, tank tops,... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041 |
| Serial | 98530192 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

THESE TIMES ARE
REVEALING...WHO SHOULD LEAD
AND WHO SHOULD LEAVE

| | |
|---|---|
| Wordmark | THESE TIMES ARE REVEALING...WHO SHOULD LEAD AND WHO SHOULD LEAVE |
| Status | LIVE PENDING |
| Goods & services | IC 045: Online social networking services in the field of politics and... |
| Class | 045, 025, 016, 018, 026, 041 |
| Serial | 99170495 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

I SERVE...I DON'T WANNA BE
SERVED

| | |
|---|---|
| Wordmark | I SERVE...I DON'T WANNA BE SERVED |
| Status | LIVE PENDING |
| Goods & services | IC 045: Online social networking services in the field of politics and... |
| Class | 045, 016, 018, 025, 026, 041 |
| Serial | 99147495 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

YOU SAY NEW RULES I SAY
TOO MANY RULES

| | |
|---|---|
| Wordmark | YOU SAY NEW RULES I SAY TOO MANY RULES |
| Status | LIVE PENDING |
| Goods & services | IC 035: providing online information regarding political issues;... |
| Class | 035, 036 |
| Serial | 99147595 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

SIMPLE SOLUTIONS A BETTER
LIFE A BETTER WAY

| | |
|---|---|
| Wordmark | SIMPLE SOLUTIONS A BETTER LIFE A BETTER WAY |
| Status | LIVE PENDING |
| Goods & services | IC 045: Online social networking services in the field of politics and... |
| Class | 045, 018, 041, 025, 026, 016 |
| Serial | 99147645 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

CALIFORNIA, YOU'VE BEEN
F***ED WITH ENOUGH

| | |
|---|---|
| Wordmark | CALIFORNIA, YOU'VE BEEN F***ED WITH ENOUGH |
| Status | LIVE PENDING |

FIGHT FOR CALIFORNIA

| | |
|---|---|
| Wordmark | FIGHT FOR... |
| Status | LIVE PENDING |


Need help? Ask the USPTO Virtual Assistant!

Feedback

| Wordmark | CALIFORNIA, YOU'VE BEEN F***ED WITH ENOUGH |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 016, 018, 036, 041, 045 |
| Serial | 98404560 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

| Wordmark | FIGHT FOR CALIFORNIA |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 035: providing online information regarding political issues;... |
| Class | 035, 036 |
| Serial | 99066647 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

CALIFORNIA DEPARTMENT OF PERFORMANCE AND RESULTS

| Wordmark | CALIFORNIA DEPARTMENT OF PERFORMANCE AND RESULTS |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 035: providing online information regarding political issues;... |
| Class | 035, 036 |
| Serial | 99147816 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

Here's the hard truth, the same people who got California into this mess are not going to be the ones that get us out of it

| Wordmark | HERE'S THE HARD TRUTH, THE SAME PEOPLE WHO GOT CALIFORNIA INTO THIS MESS ARE NOT GOING TO BE THE ONES THAT GET US OUT OF... |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 025: Clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 045, 016, 018, 041 |
| Serial | 99118191 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

The same people that got US into this mess are not going to be the same people getting US out of this mess

| Wordmark | THE SAME PEOPLE THAT GOT US INTO THIS MESS ARE NOT GOING TO BE THE SAME PEOPLE GETTING US OUT OF THIS MESS |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 035: providing online information regarding political issues;... |
| Class | 035, 036 |
| Serial | 99118208 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

ELENI IS OUTTA TOUCH

| Wordmark | ELENI IS OUTTA TOUCH |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 025: Clothing, namely, sweatshirts, t-shirts, tank tops,... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041 |
| Serial | 98532787 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

SIMPLE TRUTHS CALIFORNIA

| Wordmark | SIMPLE TRUTHS CALIFORNIA |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 016, 018, 036, 041, 045 |
| Serial | 98418382 |

CALIFORNIA HAS BEEN FUCKED WITH ENOUGH

| Wordmark | CALIFORNIA HAS BEEN FUCKED WITH ENOUGH |
|---|---|
| Status | DEAD ABANDONED |
| Goods & services | (ABANDONED) ... (ABANDON... |
| Class | 026, 036, 0... |
| Serial | 98574796 |



Need help? Ask the USPTO Virtual Assistant!

Feedback

| Wordmark | SIMPLE TRUTHS CALIFORNIA | | Wordmark | CALIFORNIA HAS BEEN FUCKED WITH ENOUGH |
|---|---|---|---|---|
| Status | LIVE PENDING | | Status | DEAD ABANDONED |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... | | Goods & services | (ABANDONED) IC 026: campaign buttons.; (ABANDONED) IC 036: political... |
| Class | 025, 026, 035, 018, 036, 041, 045 | | Class | 026, 036, 045, 025, 035, 016, 018, 041 |
| Serial | 98418382 | | Serial | 98574796 |
| Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) | | Owners | Stephen J. Cloobeck (INDIVIDUAL; USA) |

## A HUEVO

| Wordmark | A HUEVO |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 018, 036, 035, 016, 041, 026, 045 |
| Serial | 98966351 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## CALIFORNIA RIZZ

| Wordmark | CALIFORNIA RIZZ |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 016, 018, 036, 041, 045 |
| Serial | 98757980 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## #INCLOOSIVE

| Wordmark | #INCLOOSIVE |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 016, 018, 036, 041, 045 |
| Serial | 98758063 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## REGULATED, LEGISLATED, AND ADJUDICATED

| Wordmark | REGULATED, LEGISLATED, AND ADJUDICATED |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041 |
| Serial | 98772386 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## CA44

| Wordmark | CA44 |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 041, 026, 036, 035, 016, 018, 045 |
| Serial | 98757976 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## CALIFORNIANS I SEE YOU I SEE ALL OF YOU

| Wordmark | CALIFORNIANS I SEE YOU I SEE ALL OF YOU |
|---|---|
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 035, 016, 018, 036, 041, 045, 026 |
| Serial | 98809678 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## BASTA

| Wordmark | BASTA |
|---|---|

## #DON'T BUST THE TRUST

| Wordmark | #DON'T BUST THE TRUST |
|---|---|



Need help? Ask the USPTO Virtual Assistant!

# BASTA

| | |
|---|---|
| **Wordmark** | BASTA |
| **Status** | LIVE PENDING |
| **Goods & services** | IC 041: on-line journals, namely, blogs featuring information about a... |
| **Class** | 041, 025, 035, 045, 016, 018, 026, 036 |
| **Serial** | 98966337 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

# #DON'T BUST THE TRUST

| | |
|---|---|
| **Wordmark** | #DON'T BUST THE TRUST |
| **Status** | LIVE PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 026, 035, 016, 018, 036, 041, 045 |
| **Serial** | 98757987 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## CALIFORNIA IS AT THE END OF THE CUL DE SAC

| | |
|---|---|
| **Wordmark** | CALIFORNIA IS AT THE END OF THE CUL DE SAC |
| **Status** | LIVE PENDING |
| **Goods & services** | IC 045: Online social networking services in the field of politics and... |
| **Class** | 045, 025, 035, 026, 016, 018, 041, 036 |
| **Serial** | 98788940 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## FOR THE FUTURE YOU DESERVE

| | |
|---|---|
| **Wordmark** | FOR THE FUTURE YOU DESERVE |
| **Status** | LIVE PENDING |
| **Goods & services** | IC 035: political campaign services, namely, promoting public... |
| **Class** | 035, 041, 045, 025, 026, 016, 018, 036 |
| **Serial** | 98772404 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## ALL CALIFORNIANS ARE CUSTOMERS

| | |
|---|---|
| **Wordmark** | ALL CALIFORNIANS ARE CUSTOMERS |
| **Status** | LIVE PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 026, 041, 016, 018, 035, 045, 036 |
| **Serial** | 98868463 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## MAKING ALL OF CALIFORNIA A FIVE STAR STATE

| | |
|---|---|
| **Wordmark** | MAKING ALL OF CALIFORNIA A FIVE STAR STATE |
| **Status** | LIVE PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 026, 035, 016, 018, 036, 041, 045 |
| **Serial** | 98870626 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## WE ARE LAWED OUT AND WE ARE REGULATED OUT OF BUSINESS

| | |
|---|---|
| **Wordmark** | WE ARE LAWED OUT AND WE ARE REGULATED OUT OF BUSINESS |
| **Status** | LIVE PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 026, 035, 016, 018, 036, 041, 045 |
| **Serial** | 98910861 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## HACER QUE CALIFORNIA SEA HABITABLE, ASEQUIBLE Y VIABLE

| | |
|---|---|
| **Wordmark** | HACER QUE CALIFORNIA SEA HABITABLE, ASEQUIBLE Y VIABLE |
| **Status** | LIVE PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 016, 036, 041, 045, 018, 026, 035 |
| **Serial** | 98814573 |
| **Owners** | Cloobeck, S... |



Need help? Ask the USPTO Virtual Assistant!

| | | | | |
|---|---|---|---|---|
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... | | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... | |
| **Class** | 025, 026, 035, 016, 018, 036, 041, 045 | | 025, 016, 036, 041, 045, 018, 026, 035 | |
| **Serial** | 98910861 | | 98814573 | |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) | | Cloobeck, Stephen J. (INDIVIDUAL; USA) | |

---

## GET A CLUE BECK

| | |
|---|---|
| **Wordmark** | GET A CLUE BECK |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 026, 035, 045, 016, 018, 036, 041 |
| **Serial** | 98905810 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## WE ARE REGULATED OUT OF BUSINESS

| | |
|---|---|
| **Wordmark** | WE ARE REGULATED OUT OF BUSINESS |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 025: clothing, namely, t-shirts, tank tops, long... |
| **Class** | 025, 026, 035, 045, 016, 018, 036, 041 |
| **Serial** | 98910874 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

---

## CALIFORNIA NEEDS SIMPLICITY CHOICE AND COMFORT

| | |
|---|---|
| **Wordmark** | CALIFORNIA NEEDS SIMPLICITY CHOICE AND COMFORT |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 026, 041, 016, 018, 035, 045, 036 |
| **Serial** | 98868478 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## I DON'T SEE VOTERS I SEE CUSTOMERS

| | |
|---|---|
| **Wordmark** | I DON'T SEE VOTERS I SEE CUSTOMERS |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 026, 041, 016, 018, 035, 045, 036 |
| **Serial** | 98868503 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |



---

## CALIFORNIA HAS BEEN F***** WITH LONG ENOUGH

| | |
|---|---|
| **Wordmark** | CALIFORNIA HAS BEEN F***** WITH LONG ENOUGH |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| **Class** | 025, 041, 026, 045, 016, 018, 035, 036 |
| **Serial** | 98836691 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## CALIFORNIA IS NO LONGER AFFORDABLE LIVABLE NOR WORKABLE

| | |
|---|---|
| **Wordmark** | CALIFORNIA IS NO LONGER AFFORDABLE LIVABLE NOR WORKABLE |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 018: all-purpose athletic bags; all-purpose carrying bags;... |
| **Class** | 018, 025, 026, 035, 036, 041, 045, 016 |
| **Serial** | 98788973 |
| **Owners** | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

---

## CALIFORNIA IS NOT AFFORDABLE LIVABLE NOR WORKABLE

| | |
|---|---|
| **Wordmark** | CALIFORNIA IS NOT AFFORDABLE LIVABLE NOR WORKABLE |

## IN CALIFORNIA WE NEED TO START TREATING TAXPAYERS AS FAMILY FIRST

| | |
|---|---|
| **Wordmark** | IN CALIFORNIA WE NEED TO START TREATING TAXPAYERS AS FAMILY FIRST |

Need help? Ask the USPTO Virtual Assistant!

AFFORDABLE LIVABLE NOR
WORKABLE

| | |
|---|---|
| Wordmark | CALIFORNIA IS NOT AFFORDABLE LIVABLE NOR WORKABLE |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 045, 036, 026, 035, 016, 041, 018 |
| Serial | 98791055 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

START TREATING TAXPAYERS
AS FAMILY FIRST

| | |
|---|---|
| Wordmark | IN CALIFORNIA WE NEED TO START TREATING TAXPAYERS AS FAMILY FIRST |
| Status | LIVE PENDING |
| Goods & services | IC 036: political campaign services, namely fundraising in the field... |
| Class | 036, 025, 026, 035, 016, 018, 041, 045 |
| Serial | 98791033 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

CALIFORNIA HAS BEEN FUCKED
WITH LONG ENOUGH

| | |
|---|---|
| Wordmark | CALIFORNIA HAS BEEN FUCKED WITH LONG ENOUGH |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 041, 026, 045, 016, 018, 035, 036 |
| Serial | 98836688 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

I'M A CALIFORNIAN YOU ARE
MY CUSTOMER

| | |
|---|---|
| Wordmark | I'M A CALIFORNIAN YOU ARE MY CUSTOMER |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 041, 035, 016, 018, 045, 036 |
| Serial | 98868508 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

POR EL FUTURO QUE TE
MERECES

| | |
|---|---|
| Wordmark | POR EL FUTURO QUE TE MERECES |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041 |
| Serial | 98772414 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

MAKING CALIFORNIA LIVABLE,
AFFORDABLE, AND WORKABLE

| | |
|---|---|
| Wordmark | MAKING CALIFORNIA LIVABLE, AFFORDABLE, AND WORKABLE |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041 |
| Serial | 98809670 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

CALIFORNIA IS CLOSED FOR
BUSINESS

| | |
|---|---|
| Wordmark | CALIFORNIA IS CLOSED FOR BUSINESS |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041 |
| Serial | 98868465 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

GET A CLOO BECK

| | |
|---|---|
| Wordmark | GET A CLOO BECK |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041, 045 |
| Serial | 98905814 |
| Owners | Cloobeck, S... |



Need help? Ask the USPTO Virtual Assistant!

Feedback

-25-

**Goods & services**   IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long...

**Class**   025, 026, 035, 045, 016, 018, 036, 041

**Serial**   98868465

**Owners**   Cloobeck, Stephen J. (INDIVIDUAL; USA)

**Goods & services**   IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long...

**Class**   025, 026, 035, 016, 018, 036, 041

**Serial**   98905814

**Owners**   Cloobeck, Stephen J. (INDIVIDUAL; USA)

---

CLOOBECK FOR CALIFORNIA COMEBACK

**Wordmark**   CLOOBECK FOR CALIFORNIA COMEBACK

**Status**   LIVE   PENDING

**Goods & services**   IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long...

**Class**   025, 026, 035, 016, 018, 036, 041, 045

**Serial**   98868487

**Owners**   Cloobeck, Stephen J. (INDIVIDUAL; USA)

CALIFORNIA ES EL MEJOR ESTADO DEL PAIS

**Wordmark**   CALIFORNIA ES EL MEJOR ESTADO DEL PAIS

**Status**   LIVE   PENDING

**Goods & services**   IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long...

**Class**   025, 026, 035, 016, 018, 036, 041, 045

**Serial**   98809674

**Owners**   Cloobeck, Stephen J. (INDIVIDUAL; USA)

---

I have your back as I believe government should be off your back

**Wordmark**   I HAVE YOUR BACK AS I BELIEVE GOVERNMENT SHOULD BE OFF YOUR BACK

**Status**   LIVE   PENDING

**Goods & services**   IC 025: Clothing, namely, sweatshirts, t-shirts, tank tops, long...

**Class**   025, 026, 035, 016, 018, 036, 041, 045

**Serial**   98899651

**Owners**   Cloobeck, Stephen J. (INDIVIDUAL; USA)

I take the responsibility for difficult - my team receives the trophy when WE deliver results for the customer

**Wordmark**   I TAKE THE RESPONSIBILITY FOR DIFFICULT - MY TEAM RECEIVES THE TROPHY WHEN WE DELIVER RESULTS FOR THE CUSTOMER

**Status**   LIVE   PENDING

**Goods & services**   IC 025: Clothing, namely, sweatshirts, t-shirts, tank tops, long...

**Class**   025, 026, 035, 016, 018, 036, 041, 045

**Serial**   98899639

**Owners**   Cloobeck, Stephen J. (INDIVIDUAL; USA)

---

I am a Proven Problem Solver

**Wordmark**   I AM A PROVEN PROBLEM SOLVER

**Status**   LIVE   PENDING

**Goods & services**   IC 041: on-line journals, namely, blogs featuring information about a...

**Class**   041, 025, 026, 035, 016, 018, 036, 045

**Serial**   98899658

**Owners**   Cloobeck, Stephen J. (INDIVIDUAL; USA)

TRUTH COMPASSION TOLERANCE

**Wordmark**   TRUTH COMPASSION TOLERANCE

**Status**   LIVE   PENDING

**Goods & services**   IC 036: political campaign services, namely fundraising in the field...

**Class**   036, 025, 026, 035, 016, 018, 041, 045

**Serial**   98772424

**Owners**   Cloobeck, Stephen J. (INDIVIDUAL; USA)

---

NOT MY BODY NOT MY VOTE

**Wordmark**   NOT MY BODY NOT MY VOTE

**Status**   LIVE   PENDING

CALIFORNIA44

**Wordmark**   CALIFORNI...

**Status**   LIVE   PENDING



Need help? Ask the USPTO Virtual Assistant!

Feedback

## NOT MY BODY NOT MY VOTE

| | |
|---|---|
| Wordmark | NOT MY BODY NOT MY VOTE |
| Status | LIVE PENDING |
| Goods & services | IC 016: bumper stickers; decorative decals for vehicle windows;... |
| Class | 016, 041, 025, 026, 035, 036, 018, 045 |
| Serial | 98811874 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## CALIFORNIA44

| | |
|---|---|
| Wordmark | CALIFORNIA44 |
| Status | LIVE PENDING |
| Goods & services | IC 026: campaign buttons.; IC 018: all-purpose athletic bags;... |
| Class | 026, 018, 041, 035, 025, 036, 045, 016 |
| Serial | 98757971 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## CLOO'D IN

| | |
|---|---|
| Wordmark | CLOO'D IN |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 035, 018, 036, 026, 016, 045, 041 |
| Serial | 98757990 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## GO SEE HR

| | |
|---|---|
| Wordmark | GO SEE HR |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041 |
| Serial | 98772377 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## CALIFORNIA IS OPEN FOR BUSINESS

| | |
|---|---|
| Wordmark | CALIFORNIA IS OPEN FOR BUSINESS |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041 |
| Serial | 98868471 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## MAKING CALIFORNIA AFFORDABLE, LIVABLE, AND WORKABLE

| | |
|---|---|
| Wordmark | MAKING CALIFORNIA AFFORDABLE, LIVABLE, AND WORKABLE |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041 |
| Serial | 98811900 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## CALIFORNIA NO ES ASEQUIBLE, HABITABLE, NI TRABAJABLE

| | |
|---|---|
| Wordmark | CALIFORNIA NO ES ASEQUIBLE, HABITABLE, NI TRABAJABLE |
| Status | LIVE PENDING |
| Goods & services | IC 041: on-line journals, namely, blogs featuring information about a... |
| Class | 041, 025, 045, 026, 016, 035, 036 |
| Serial | 98809683 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

## WE ARE LAWED OUT

| | |
|---|---|
| Wordmark | WE ARE LAWED OUT |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 041, 045, 035, 016, 018, 036 |
| Serial | 98910868 |
| Owners | Cloobeck, St... (...VIDUAL; USA) |


Need help? Ask the USPTO Virtual Assistant!

BUSINESS

| | |
|---|---|
| Wordmark | CALIFORNIA IS OPEN FOR BUSINESS |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041 |
| Serial | 98868471 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

WORKABLE

| | |
|---|---|
| Wordmark | MAKING CALIFORNIA AFFORDABLE, LIVABLE, AND WORKABLE |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 045, 016, 018, 036, 041 |
| Serial | 98811900 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

CALIFORNIA NO ES ASEQUIBLE, HABITABLE, NI TRABAJABLE

| | |
|---|---|
| Wordmark | CALIFORNIA NO ES ASEQUIBLE, HABITABLE, NI TRABAJABLE |
| Status | LIVE PENDING |
| Goods & services | IC 041: on-line journals, namely, blogs featuring information about a... |
| Class | 041, 025, 045, 026, 016, 035, 018, 036 |
| Serial | 98809683 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

WE ARE LAWED OUT

| | |
|---|---|
| Wordmark | WE ARE LAWED OUT |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 041, 045, 035, 016, 018, 036 |
| Serial | 98810868 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

DEI...DISCIPLINE EDUCATION INTEGRITY

| | |
|---|---|
| Wordmark | DEI...DISCIPLINE EDUCATION INTEGRITY |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 016, 018, 036, 041, 045 |
| Serial | 98868496 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

REMEMBER EVERY AMERICAN IS A CUSTOMER! ARE THEY GETTING EQUAL OR GREATER VALUE FOR THE TAX DOLLARS THEY ARE PAYING?

| | |
|---|---|
| Wordmark | REMEMBER EVERY AMERICAN IS A CUSTOMER! ARE THEY GETTING EQUAL OR GREATER VALUE FOR THE TAX DOLLARS THEY ARE PAYING? |
| Status | LIVE PENDING |
| Goods & services | IC 025: clothing, namely, sweatshirts, t-shirts, tank tops, long... |
| Class | 025, 026, 035, 016, 018, 036, 041, 045 |
| Serial | 98870644 |
| Owners | Cloobeck, Stephen J. (INDIVIDUAL; USA) |

Feedback

100 per page ▾    |< <   Page 1 of 1   > >|   ↑

About the USPTO   ·   Search for patents   ·   Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data

Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com    Subscribe

USPTO UNITED STATES PATENT AND TRADEMARK OFFICE ®

Follo...    Need help? Ask the USPTO Virtual Assistant!