JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CLOOBECK, an individual,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　vs.<br><br>ANTONIO R. VILLARAIGOSA, an individual; ANTONIO VILLARAIGOSA FOR GOVERNOR 2026, a non-profit political organization; and DOES 1-10, inclusive,<br><br>　　　　Defendants and Counterclaimants. | Case No.: 2:25-cv-03790-AB-SK<br><br>[PROPOSED] JUDGMENT |

3090187

1  Pursuant to the December 8, 2025, Order [Dkt. No. 44] on Defendants' and
2  Counterclaimants' Motion for Judgment on the Pleadings, and in accordance with
3  Federal Rule of Civil Procedure 58, it is hereby **ORDERED**, **ADJUDGED**, and
4  **DECREED** as follows:

5  1.  This Court has subject matter jurisdiction over this action pursuant to
6  15 U.S.C. § 1121 and 28 U.S.C. §§1331, 1338(a)-(b).

7  2.  The operative pleadings are as follows:  (a) the First Amended
8  Complaint of Plaintiff and Counterdefendant Stephen J. Cloobeck [Dkt. No. 23],
9  and (b) the Counterclaims for Trademark Cancellation and Declaratory Relief of
10 Defendants and Counterclaimants Antonio R. Villaraigosa and Antonio R.
11 Villaraigosa for Governor 2026 [Dkt. No. 27].

12 3.  The First Amended Complaint is DISMISSED with prejudice and
13 without leave to amend, pursuant to the December 8, 2025, Order [Dkt. No. 44], as a
14 result of which Defendants and Counterclaimants voluntarily dismiss without
15 prejudice their Counterclaims, as represented by their counsel at oral argument on
16 October 31, 2025 [Dkt. No. 43].

17 4.  JUDGMENT is entered in favor of Defendants and Counterclaimants
18 Antonio R. Villaraigosa and Antonio R. Villaraigosa for Governor 2026,
19 and AGAINST Plaintiff and Counterdefendant Stephen J. Cloobeck, who shall take
20 nothing by way of his First Amended Complaint.

22 ///
23 //

1       5.    This action is DISMISSED, other than with respect to potential post-judgment remedies (including those seeking costs and an award of fees, and as provided in Rule 54 of the Federal Rules of Civil Procedure), which pursuant to the stipulation of the parties may be pursued within 30 days of a final decision on an appeal Plaintiff has represented he will timely notice and pursue.

Dated: December 19, 2025

                                          HONORABLE ANDRÉ BIROTTE JR.
                                          UNITED STATES DISTRICT JUDGE