PATRICIA L. GLASER - State Bar No. 55668
pglaser@glaserweil.com
LAWRENCE M. HADLEY - State Bar No. 157728
lhadley@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Phone:  (310)553-3000
Fax: (310) 556-2920

Attorneys for Plaintiff and Counterdefendant
 STEPHEN J. CLOOBECK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CLOOBECK, an individual, | Case No.: 2:25-CV-03790-AB-SK |
| Plaintiff, | |
| v. | Hon. André Birotte Jr. |
| ANTONIO R. VILLARAIGOSA, an individual; ANTONIO VILLARAIGOSA FOR GOVERNOR 2026, a non-profit political organization; and DOES 1-10, inclusive, | **NOTICE OF APPEAL** |
| Defendants. | |
| ANTONIO R. VILLARAIGOSA, an individual; ANTONIO VILLARAIGOSA FOR GOVERNOR 2026, a non-profit political organization, | |
| Counterclaimants, | |
| v. | |
| STEPHEN J. CLOOBECK, an individual, | |
| Counterdefendant. | |

Glaser Weil

3162629

1    Pursuant to Fed. R. App. Ps. 3 and 4, Plaintiff Stephen J. Cloobeck ("Cloobeck"

2  or "Plaintiff"), through its undersigned counsel, hereby appeals to the United States

3  Court of Appeals for the Ninth Circuit the following judgments, orders, rulings, and

4  decisions in this case: (i) the Court's Final Judgment entered against Plaintiff and in

5  favor of Defendants on December 22, 2025 (Dkt. No. 48); (ii) the Court's December 8,

6  2025 Order Granting Defendants' Motion for Judgment on the Pleadings and Granting

7  the Respective Requests for Judicial Notice (Dkt. No. 44); and (iii) all orders, rulings,

8  decisions and judgments that merged into, or formed any part of the basis for, the

9  foregoing.

10

11   DATED:  January 21, 2026              Respectfully submitted,

12                                         GLASER WEIL FINK HOWARD
                                             JORDAN & SHAPIRO LLP
13

14                                         By:  *Lawrence M. Hadley*

15                                         PATRICIA L. GLASER
                                           LAWRENCE M. HADLEY
16                                         Attorneys for Plaintiff
                                             STEPHEN J. CLOOBECK
17

18

19

20

21

22

23

24

25

26

27

28